Sally B. McMinimee (5316) sbm@princeyeates.com
Jennifer R. Korb (9147) jrk@princeyeates.com
Jared N. Parrish (11743) jnp@princeyeates.com
**PRINCE, YEATES & GELDZAHLER**
175 East 400 South, Suite 900
Salt Lake City, Utah 84111
Telephone: (801) 524-1000
Fax: (801) 524-1099

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

NOV 29 2010

BY D. MARK JONES, CLERK
_____
DEPUTY CLERK

Attorneys for Receiver Robert G. Wing

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT G. WING, as Receiver for VESCOR CAPITAL CORP., a Nevada corporation, et al.,<br><br>Plaintiff,<br><br>v.<br><br>PROSPERITY EDUCATION INSTITUTE, LLC, a Nevada limited liability company,<br><br>Defendant. | **FINAL JUDGMENT**<br><br>Civil No. 2:09-cv-341<br><br>Judge: Dee Benson |

The Court having read and considered the Request for Entry of Final Judgment filed by the Vescor Receiver, Robert G. Wing, and it appearing there from and from the Court's Order dated September 29, 2010, granting the Receiver's Motion for Summary Judgment, that the Receiver is entitled to judgment in accordance with the demands of the Motion for Summary Judgment,

NOW, THEREFORE, upon motion of Receiver's counsel, and for good cause shown, it is hereby

ORDERED, ADJUDGED AND DECREED:

1. That final judgment be entered in favor of the Receiver against Defendant Prosperity Education Institute, LLC;

2. That the Receiver have and recover judgment against Prosperity Education Institute, LLC, in the amount of $80,000.00, together with pre-judgment interest of $13,200.00 (2.0% per annum from the date of the fraudulent transfer, July 18, 2002).

This amount shall bear interest at the statutory post-judgment rate pursuant to 28 U.S.C. §§ 1961(a) and 1961(b). This judgment shall be augmented to include reasonable post-judgment attorney's fees and costs incurred by the Receiver in collecting the judgment, as established by affidavit of counsel upon notice to the Defendant.

DATED this 29th day of November, 2010.

BY THE COURT:

_____
Honorable Dee Benson
United States District Court Judge